### SEYMOUR *v.* DANIEL, ordinary, for use, etc.

*Simmons, C. J.*—Most of the numerous grounds of the motion for a new trial fail entirely to plainly and distinctly set forth the errors complained of, but on the contrary, are too vague, confused, indefinite and unintelligible for consideration by this court; in none of the grounds does it appear that any error requiring a new trial was committed; the evidence was sufficient to warrant the verdict, and it having been approved by the trial judge, this court will not set it aside.

July 29, 1895.  By two Justices.          *Judgment affirmed.*

Action on bond. Before Judge Reese. Madison superior court. September term, 1894.

*David W. Meadow*, for plaintiff in error.
*John J. Strickland*, contra.

---

### CLAYTON *et al. v.* WEST.

*Lumpkin, J.*—1. One who was a stranger to a proceeding to establish a copy of a lost deed, and who neither claims under the grantee therein nor is in privity with him, is not estopped from attacking the correctness of the copy established.

2. It appearing from the evidence in the record, taken all together, that the plaintiff below was not a party to the proceeding to establish the lost copy in question, the court erred in rejecting evidence offered by him to show that the copy was not in fact correct, and properly corrected this error by granting a new trial.          *Judgment affirmed.*

July 25, 1895.

Complaint for land. Before Judge Wellborn. White superior court. October term, 1894.

*J. W. H. Underwood* and *H. H. Dean*, for plaintiffs in error. *W. T. Crane* and *J. B. Jones*, contra.